**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-8026**

———————

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

THOMAS EDWARD UZENSKI,

            Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Malcolm J. Howard, Senior District Judge.  (4:02-cr-00026-H-1; 4:06-cv-00235-H)

———————

Submitted:  January 14, 2010        Decided:  January 22, 2010

———————

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Thomas Edward Uzenski, Appellant Pro Se.  Anne Margaret Hayes, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Edward Uzenski seeks to appeal the district court's order granting the Government's motion to dismiss Uzenski's 28 U.S.C.A. § 2255 (West Supp. 2009) motion for failure to state a claim. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

When the United States or its officer or agency is a party, the notice of appeal must be filed no more than sixty days after the entry of the district court's final judgment or order, Fed. R. App. P. 4(a)(1)(B), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Dir., Dep't of Corr., 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's order was entered on the docket on November 14, 2008. The notice of appeal is deemed filed on October 30, 2009. See Houston v. Lack, 487 U.S. 266 (1988). Because Uzenski failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the

2

materials before the court and argument would not aid the decisional process.

DISMISSED